IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARC LIBAULT,<br><br>        Plaintiff,<br><br>vs.<br><br>MARTHA MAMO, RAVNEET KAUR, ASHA MANE, and INSTITUTE OF AGRICULTURE AND NATURAL RESSOURCES AT THE UNIVERSITY OF NEBRASKA-LINCOLN, the;<br><br>        Defendants. | 4:22CV3096<br><br>**MEMORANDUM AND ORDER** |

      Before the court is Plaintiff's motion to proceed in forma pauperis (filing 5). Plaintiff is employed, (*see* filing 1 at CM/ECF p. 7), and makes approximately $93,476 yearly, which he calculates to be $72,456 per year after taxes. Plaintiff states he has $79,464 in cash or in a checking or savings account. He describes an outstanding debt of approximately $2,800 per month but does not otherwise specify expenses that would prohibit him from paying the relatively modest filing fee associated with filing a claim in federal court. Therefore,

      IT IS ORDERED that:

      1.     Plaintiff's motion to proceed in forma pauperis (filing 5) is denied.

      2.     Plaintiff shall pay the $402.00 filing fee within 30 days of the date of this order.

      3.     Failure to comply with this order will result in this matter being dismissed without prejudice and without further notice.

4. The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: **July 25, 2022**: deadline for Plaintiff to pay $402.00 filing fee.

Dated this 23rd day of June, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge